IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PAMELA MICHAEL,                          )
                                         )
              Plaintiff,                 )
                                         )    Civil No. 08-1355-TC
                                         )
       v.                                )
                                         )    ORDER
COMMISSIONER OF SOCIAL SECURITY)
                                         )
              Defendant.                 )

    Magistrate Judge Thomas M. Coffin filed Findings and
Recommendation on December 15, 2009, in the above entitled case.
The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B)
and Fed. R. Civ. P. 72(b).  When either party objects to any
portion of a magistrate judge's Findings and Recommendation, the
district court must make a <u>de novo</u> determination of that portion
of the magistrate judge's report.  <u>See</u> 28 U.S.C. § 636(b)(1);
<u>McDonnell Douglas Corp. v. Commodore Business Machines, Inc.</u>,

1    - ORDER

656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920
(1982).

Defendant has timely filed objections. I have, therefore,
given de novo review of Magistrate Judge Coffin's rulings.

I find no error. Accordingly, I ADOPT Magistrate Judge
Coffin's Findings and Recommendation filed December 15, 2009, in
its entirety. The Commissioner's decision is reversed and
remanded for further proceedings pursuant to sentence four of 42
U.S.C. §405(g).


IT IS SO ORDERED.

DATED this _____ day of _____, 2010.


UNITED STATES DISTRICT JUDGE


2    - ORDER